```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSEPH SHERIDAN,
HESAM PIRJAMAAT,
BRIAN JOHNSON,
EMILY PECHAL,

                      Plaintiffs,

      -v-                                          21-cv-0166 (LJL)
                                             21-cv-0172 (LJL)
SENECA BIOPHARMA, INC., KENNETH C.         21-cv-0310 (LJL)
CARTER, CRISTINA CSIMMA, DAVID J. MAZZO,   21-cv-0585 (LJL)
BINXIAN WEI, MARY ANN GRAY, LEADING
BIOSCIENCES, INC., and TOWNSGATE
ACQUISITION SUB I, INC.,                               ORDER

                      Defendants.
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

       The Clerk of Court is directed to consolidate all cases listed above under Case No. 21-cv-0166, and to close all other cases. **Counsel are directed to make filings only under Case No. 21-cv-0166.**

       SO ORDERED.

Dated: February 26, 2021                    _____
       New York, New York                      LEWIS J. LIMAN
                                                      United States District Judge