```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSEPH SHERIDAN, et al.,                                           :
:
Plaintiffs,                                       :
:       21-cv-0166 (LJL)
-v-                                         :
:          ORDER
SENECA BIOPHARMA, INC., et al,                                     :
:
Defendants.                                       :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Each of the named plaintiffs in this consolidated action has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  *See* Dkt. Nos. 7 (Brian Johnson), 8 (Jack McIntire), 9 (Emily Pechal), 10 (Hesam Pirjamaat), 11 (Joseph Sheridan).  Each seeks to dismiss all of their claims against all of the defendants.

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: April 1, 2021                    _____
       New York, New York                              LEWIS J. LIMAN
                                                            United States District Judge